NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LOW TEMP INDUSTRIES, INC.,**
*Appellant*

**v.**

**DUKE MANUFACTURING CO.,**
*Appellee*

_____

2022-2198, 2022-2199, 2022-2236

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00413, IPR2021-00414, IPR2021-00415.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2    LOW TEMP INDUSTRIES, INC. v. DUKE MANUFACTURING CO.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 30, 2023
       Date                   /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

**ISSUED AS A MANDATE:** January 30, 2023